IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No.: 14-cv-303

ONE 2007 CHRYSLER ASPEN,
VIN: 1A8HW58257F507416,

    Defendant.

---

ORDER OF DEFAULT JUDGMENT

---

The United States of America, by its attorney, John W. Vaudreuil, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, the government filed a Verified Complaint of Forfeiture *in rem* against the defendant 2007 Chrysler Aspen, VIN: 1A8HW58257F507416.

The complaint alleges that the defendant conveyance was used, or intended to be used, to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance, in violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq*. As such, this conveyance is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant conveyance. Notice of the forfeiture complaint was also published on the official internet government forfeiture

site www.forfeiture.gov from June 27, 2014, through July 26, 2014. The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filed pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for a default judgment to be entered,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest in the defendant 2007 Chrysler Aspen, VIN: 1A8HW58257F507416, is conveyed to the Plaintiff, United States of America.

2. The United States Marshal for the Western District of Wisconsin is directed to dispose of the defendant conveyance in accordance with federal law.

DATED: SEPTEMBER 15, 2014

BY THE COURT:

JAMES D. PETERSON
United States District Judge

Entered this 17th day of September 2014.

PETER OPPENEER, Clerk of Court
United States District Court

2